UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In the matter of the complaint of
BPR II LLC, as owner of a model
year 2008 38' Skater motor vessel,
named Pure Platinum, bearing the
Hull Identification No.: DUX08847F706,
for Exoneration from or Limitation
of Liability,

   Petitioner.           Case No.  8:07-cv-2146-T-24 EAJ

_____/

## ORDER

  This cause comes before the Court on the parties' Agreed Motion for Stay of Limitations Proceedings.  (Doc. No. 53).  In this motion, the parties ask the Court to stay this case until January 15, 2009 so the parties can participate in a global mediation on December 16 and 17 with three other related lawsuits and focus their energies toward settlement, rather than litigation.  Furthermore, the parties request a five month extension to all pretrial deadlines.

  Upon consideration, the Court will stay this case until January 15, 2009 (except to the extent that Watters still must file his claim by December 12, 2008).  If a settlement is not reached, the Court will issue an amended scheduling order that takes into consideration the parties' request for a five month extension to the pretrial deadlines.  Petitioner is directed to file a notice on January 15, 2009 that informs the Court of the status of this case.

  **DONE AND ORDERED** at Tampa, Florida, this 11th day of December, 2008.

                    *Susan C. Bucklew*
                    SUSAN C. BUCKLEW
                    United States District Judge

Copies to: Counsel of Record